117 A.3d 177

IN THE MATTER OF KATRINA F. WRIGHT, AN ATTORNEY AT LAW (ATTORNEY NO. 002531988).

July 16, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–272, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **KATRINA F. WRIGHT** of **WILLINGBORO,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.16(d) (failure to surrender papers and property to a client and to refund all or part of an unearned retainer), and *RPC* 8.1(b) (failure to comply with a lawful demand for information from a disciplinary authority);

And the Disciplinary Review Board having further concluded that respondent should refund a $1,000 retainer to her client;

And good cause appearing;

It is ORDERED that **KATRINA F. WRIGHT** is hereby censured; and it is further

ORDERED that respondent shall refund the $1,000 retainer to her client in the *Sheed* matter within sixty days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further.

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.